AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| L.B., individually and on behalf of her minor child Kyle, proceeding under a pseudonym <br><br> *Plaintiff(s)* <br> v. <br> The City of New York; Jess Dannhauser; Ariel Semper; Nadine Cenord; Bernadet Jean-Louis; Donna McFadden; Ana Costa; Taiesha Coleman; and Leydi Taveras <br> *Defendant(s)* | Civil Action No. 23-cv-8501 NRM-JRC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attached listing

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Joshua Sohn
CROWELL & MORING LLP
590 Madison Ave., 20th Floor
New York, NY 10022
jsohn@crowell.com
(212)590-5442

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 11/16/2023

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

ATTACHMENT

The City of New York
New York City Law Department
100 Church Street
New York, NY 10007

Jess Dannhauser
Administration for Children's Services of the City of New York
150 William Street
New York, NY 10038

Ariel Semper
Administration for Children's Services of the City of New York
150 William Street
New York, NY 10038

Nadine Cenord
Administration for Children's Services of the City of New York
150 William Street
New York, NY 10038

Bernadet Jean-Louis
Administration for Children's Services of the City of New York
150 William Street
New York, NY 10038

Donna McFadden
Administration for Children's Services of the City of New York
150 William Street
New York, NY 10038

Ana Costa
Administration for Children's Services of the City of New York
150 William Street
New York, NY 10038

Taiesha Coleman
Administration for Children's Services of the City of New York
150 William Street
New York, NY 10038

Leydi Taveras
Administration for Children's Services of the City of New York
150 William Street
New York, NY 10038