# AFFIDAVIT OF SERVICE

| Case:<br>23-CV-8501 NRM-JRC | Court:<br>United States District Court | County:<br>Eastern District of New York | Job:<br>9954319 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>L.B., individually and on behalf of her minor child Kyle, proceeding under a pseudonym | | **Defendant / Respondent:**<br>The City of New York; Jess Dannhauser; Ariel Semper; Nadine Cenord; Bernadet Jean-Louis; Donna McFadden; Ana Costa; Taiesha Coleman; and Leydi Taveras | |
| **Received by:**<br>Classic Legal Support Services, Inc. | | **For:**<br>Crowell & Moring | |
| **To be served upon:**<br>THE CITY OF NEW YORK | | | |

I, Jolantyna Cagney, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** THE CITY OF NEW YORK
100 Church Street
New York City, NY 10007

**Manner of Service:** PERSONAL SERVICE ON A GOVERNMENT ENTITY ON 11/16/23 AT 2:32 PM

**Documents:** SUMMONS IN A CIVIL ACTION, COMPLAINT (PLAINTIFFS DEMAND TRIAL BY JURY), CIVIL COVER SHEET, CERTIFICATION OF ARBITRATION ELIGIBILITY WITH ATTACHMENT A AND B

**Additional Comments:**
Successful Service on November 16th, 2023, upon THE CITY OF NEW YORK, at 100 Church Street, New York City, NY 10007. Received by SARAH JEAN-CHARLES (DOCKETING CLERK), on behalf of The City of New York. DECRIPTION- Deponent's description of the recipient, as follows- Age: 38 yrs.; Ethnicity: African American; Gender: Female; Weight: 185 lbs.; Height: 5'6"; Hair: Black.

Jolantyna Cagney
206-9396

Classic Legal Support Services, Inc.
475 PARK AVENUE SOUTH 18TH FLOOR
NEW YORK, NEW YORK 10016

Subscribed and sworn to before me by the affiant who is personally known to me.

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
11/24/23    10/19/27
Date        Commission Expires

DIANA MURIEL
Notary Public - State of New York
NO. 01MU6331764
Qualified in Bronx County
My Commission Expires Oct 19, 2027