UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------- x
)
L.B., individually and on behalf of her )
minor child Kyle, proceeding under a ) **Civ. No. 1:23-cv-08501-RPK-JRC**
pseudonym, )
)
)
*Plaintiffs*, )
)
v. ) **NOTICE OF MOTION FOR**
) **LEAVE TO PROCEED**
The City of New York; Jess Dannhauser, in ) **ANONYMOUSLY**
his official capacity as Commissioner, )
Administration for Children's Services of )
the City of New York ("ACS"); Ariel )
Semper, Nadine Cenord, Bernadet Jean- )
Louis, Donna McFadden, Ana Costa, )
Taiesha Coleman, and Leydi Taveras, each )
individually and in their official capacity as )
investigators for ACS, )
)
*Defendants*. )
)
------------------------------------------------------- X

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and Plaintiffs' Complaint (ECF No. 1), the undersigned attorneys for Plaintiffs L.B. and Kyle ("Plaintiffs") will move before the Honorable Rachel P. Kovner, U.S.D.J., at a date and time to be determined, at the United States District Court, 225 Cadman Plaza East, Brooklyn, NY 11201, Courtroom 4E-N, for an order granting Plaintiffs leave to proceed anonymously.

Respectfully submitted,

CROWELL & MORING LLP

Dated: December 4, 2023
New York, New York

By: */s/ Robert A. Mantel*
Joshua Sohn
Robert A. Mantel
Daniella A. Schmidt

Hinako Gojima
590 Madison Ave., 20th Floor,
New York, NY 10022
Tel: (212)590-5442
jsohn@crowell.com
rmantel@crowell.com
dschmidt@crowell.com
hgojima@crowell.com

BROOKLYN DEFENDER SERVICES
Jessica Marcus
Lauren Shapiro
S. Lucas Marquez
Kevin Siegel
177 Livingston St, 7th Floor
Brooklyn, NY 11201
Tel: (347) 592-2518
jmarcus@bds.org
lshapiro@bds.org
slmarquez@bds.org
ksiegel@bds.org

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

```
------------------------------------------------- x
                                                  )
L.B., individually and on behalf of her           )
minor child Kyle, proceeding under a              )   Civ. No. 1:23-cv-08501-RPK-JRC
pseudonym,                                        )
                                                  )
              Plaintiffs,                         )
                                                  )
       v.                                         )   DECLARATION OF SERVICE
                                                  )
The City of New York; Jess Dannhauser, in         )
his official capacity as Commissioner,            )
Administration for Children's Services of         )
the City of New York ("ACS"); Ariel               )
Semper, Nadine Cenord, Bernadet Jean-             )
Louis, Donna McFadden, Ana Costa,                 )
Taiesha Coleman, and Leydi Taveras, each          )
individually and in their official capacity as    )
investigators for ACS,                            )
                                                  )
              Defendants.                         )
                                                  )
------------------------------------------------- X
```

I, Robert Mantel, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that, on December 4, 2023, I caused a copy of the foregoing Notice of Motion for Leave to Proceed Anonymously and accompanying Memorandum of Law to be served on Defendants, by First-Class Mail, at the following addresses:

    The City of New York
    New York City Law Department
    100 Church Street
    New York, NY 10007

    Jess Dannhauser
    Administration for Children's Services of the City of New York
    150 William Street
    New York, NY 10038

    Ariel Semper

Administration for Children's Services of the City of New York
150 William Street
New York, NY 10038

Nadine Cenord
Administration for Children's Services of the City of New York
150 William Street
New York, NY 10038

Bernadet Jean-Louis
Administration for Children's Services of the City of New York
150 William Street
New York, NY 10038

Donna McFadden
Administration for Children's Services of the City of New York
150 William Street
New York, NY 10038

Ana Costa
Administration for Children's Services of the City of New York
150 William Street
New York, NY 10038

Taiesha Coleman
Administration for Children's Services of the City of New York
150 William Street
New York, NY 10038

Leydi Taveras
Administration for Children's Services of the City of New York
150 William Street
New York, NY 10038

Dated: December 4, 2023
New York, New York

By:    */s/ Robert A. Mantel*
       Robert A. Mantel
       Crowell & Moring, LLP
       590 Madison Ave., 20th Floor,
       New York, NY 10022
       Tel: (212)590-5442
       rmantel@crowell.com