

Robert A. Mantel
RMantel@crowell.com
(212) 590-5439 direct

Crowell & Moring LLP
Two Manhattan West
375 9th Avenue
New York, NY 10001
+1.212.223.4000 main
+1.212.223.4134 fax

**VIA ECF**                                                                                       April 15, 2024

Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *L.B. v. City of New York et al*, 1:23-CV-08501 (RPK) (JRC)

Your Honor:

      We represent Plaintiffs in the above-referenced matter and submit this joint letter on behalf of both parties. Pursuant to the Court's Order dated April 11, 2024, we write to update the Court regarding whether Plaintiffs intend to file an amended complaint and a proposed schedule for Defendants' motion to dismiss.

      Plaintiffs do intend to file an amended complaint, and the parties jointly propose the following schedule:

- Amended Complaint due no later than **April 26, 2024**
- Defendants' motion to dismiss, if any, due no later than **May 17, 2024**
- Plaintiffs' opposition papers due no later than **May 31, 2024**
- Defendants' reply papers due no later than **June 7, 2024**.

Respectfully submitted,

*/s/ Robert A. Mantel*                                                */s/ Daniel R. Perez*
Robert A. Mantel                                                        Daniel R. Perez

**CROWELL & MORING LLP**                                  **HON. SYLVIA O. HINDS-RADIX**
Joshua Sohn                                                                Corporation Counsel of the City of New York
Robert A. Mantel                                                        Daniel R. Perez
Daniella A. Schmidt                                                    100 Church Street
Hinako Gojima                                                            New York, NY 10007
Two Manhattan West                                                  Tel: (212) 356-0877
375 Ninth Avenue                                                        danipere@law.nyc.gov
New York, NY 10001
Tel: (212)590-5442                                                       *Counsel for Defendants*
rmantel@crowell.com

April 15, 2024

**BROOKLYN DEFENDER SERVICES**
Jessica Marcus
Lauren Shapiro
Lucas Marquez
Kevin Siegel
177 Livingston St, 7th Floor
Brooklyn, NY 11201
Tel: (347) 592-2518
jmarcus@bds.org

*Counsel for Plaintiffs*