

Robert A. Mantel
RMantel@crowell.com
(212) 590-5439 direct

Crowell & Moring LLP
Two Manhattan West
375 9th Avenue
New York, NY 10001
+1.212.223.4000 main
+1.212.223.4134 fax

**VIA EMAIL & ECF**

June 5, 2024

Daniel Perez
The City of New York Law Department
100 Church Street
New York, NY 10007

    Re: *L.B. v. City of New York et al*, 1:23-CV-08501 (RPK) (JRC)

Dear Mr. Perez:

    We represent Plaintiffs in the above-referenced matter. On May 22, 2024, Defendants served a Notice of Partial Motion to Dismiss the Amended Complaint and a Memorandum of Law in Support of Defendants' Partial Motion to Dismiss the Amended Complaint (the "Motion to Dismiss") on Plaintiffs. Pursuant to the briefing schedule entered by the Court (ECF No. 38), Plaintiffs hereby serve their Memorandum of Law in Opposition to Defendants' Motion to Dismiss.

    Pursuant to Rule IV.B.3.b of Judge Kovner's Individual Practice Rules, Plaintiffs will file a copy of this cover letter on ECF.

Sincerely,

*/s/ Robert A. Mantel*
Robert A. Mantel

| **CROWELL & MORING LLP** | **BROOKLYN DEFENDER SERVICES** |
|---|---|
| Joshua Sohn | Jessica Marcus |
| Robert A. Mantel | Lauren Shapiro |
| Daniella A. Schmidt | Lucas Marquez |
| Hinako Gojima | Kevin Siegel |
| Two Manhattan West | 177 Livingston St, 7th Floor |
| 375 Ninth Avenue | Brooklyn, NY 11201 |
| New York, NY 10001 | Tel: (347) 592-2518 |
| Tel: (212)590-5442 | jmarcus@bds.org |
| rmantel@crowell.com | |

*Counsel for Plaintiffs*