UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
L.B., individually and on behalf of her minor child, Kyle, proceeding under a pseudonym,

                                       Plaintiffd,

- against -

The City of New York; Jess Dannhauser, in his official capacity as Commissioner, Administration for Children's Services of the City of New York ("ACS"); Ariel Semper, Nadine Cenord, Bernadette Jean-Louis, Donna McFadden, Ana Costa, Taiesha Coleman, and Leydi Taveras, each individually and in their official capacity as ACS Child Protective Specialists,

                                         Defendants.

---------------------------------------------------------------------x

**NOTICE OF PARTIAL MOTION TO DISMISS THE AMENDED COMPLAINT**

1:23-cv-8501 (RPK) (JRC)

**PLEASE TAKE NOTICE** that Defendants City of New York, Jess Dannhauser, in his official capacity as Commissioner of the Administration for Children's Services of the City of New York as well as Defendants Ariel Semper, Nadine Cenord, Bernadet Jean-Louis, Donna McFadden, Ana Costa, Taiesha Coleman, and Leydi Taveras individually and in their official capacity as ACS Child Protective Specialists will move this Court before the Honorable Rachel P. Kovner, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing plaintiff's certain claims in the Amended Complaint against Defendants and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       May 22, 2024

>HON. SYLVIA HINDS-RADIX
>Corporation Counsel of the
>  City of New York
>Attorney for City Defendants
>100 Church Street,
>New York, New York 10007
>(212) 356-0887
>
>By:       /s/ Daniel R. Perez
>        Daniel R. Perez
>        Assistant Corporation Counsel

To:    All Counsel of Record via ECF