

Robert A. Mantel
RMantel@crowell.com
(212) 590-5439 direct

Crowell & Moring LLP
Two Manhattan West
375 9th Avenue
New York, NY 10001
+1.212.223.4000 main
+1.212.223.4134 fax

**VIA ECF**  July 2, 2024
Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *L.B. v. City of New York et al*, 1:23-CV-08501 (RPK) (JRC)
            **Unopposed Letter Motion to Adjourn Initial Conference**

Your Honor:

      We represent Plaintiffs L.B. individually and on behalf of her minor child "Kyle," proceeding under a pseudonym ("Plaintiffs") in the above-referenced action. Plaintiffs respectfully submits this unopposed letter-motion to the Court for an adjournment of the initial conference scheduled for July 31, 2024 at 11:00 A.M. in Courtroom 11D before Your Honor.

      Plaintiffs make this motion due to a pre-existing scheduling conflict of Plaintiffs' counsel. Pursuant to Your Honor's Individual Practice C, Plaintiffs submit that this motion for an adjournment is supported as follows.

      First, Plaintiffs have made no previous requests for an adjournment of this initial conference. Second, Plaintiffs' counsel communicated the basis for the adjournment request to Defendants' counsel, who has consented to the request and does not oppose this motion. Third, given the early stage of this action, Plaintiffs' request does not affect any other scheduled Court appearance or deadline. Finally, Plaintiffs' motion is made more than two (2) business days prior to the appearance as currently scheduled.

      Accordingly, and with Defendants' consent, Plaintiffs propose that the initial conference be adjourned to one of the following dates, subject to the Court's availability: August 1, 5, 6, 8, 9, 12-14, or 16.

July 2, 2024

      For the foregoing reasons, Plaintiffs respectfully request the Court grant this unopposed motion for adjournment of the initial conference to a date in August as proposed by the parties, or as soon thereafter as is convenient for the Court. Plaintiffs thank the Court for its consideration.

      Respectfully submitted,

*/s/ Robert A. Mantel*
Robert A. Mantel

**CROWELL & MORING LLP**
Joshua Sohn
Robert A. Mantel
Daniella A. Schmidt
Hinako Gojima
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212)590-5442
rmantel@crowell.com

**BROOKLYN DEFENDER SERVICES**
Jessica Marcus
Lauren Shapiro
Lucas Marquez
Kevin Siegel
177 Livingston St, 7th Floor
Brooklyn, NY 11201
Tel: (347) 592-2518
jmarcus@bds.org

*Counsel for Plaintiffs*