UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

L.B.,

        Plaintiff,

v.

The City of New York, et al,

        Defendant.

Case No.: 23-cv-08501-RPK-JRC

## [PROPOSED] SCHEDULING ORDER

Upon consent of the parties, it is hereby ORDERED as follows:

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: **September 9, 2024**.

2. No amendment of the pleadings will be permitted after: **April 30, 2025**.

3. No additional parties may be joined after: **April 30, 2025**.

4. Fact discovery shall be completed by: **May 30, 2025**.
   (*Generally, this date must be no later than 6 months after the Initial Conference.*)

5. The parties shall make required Rule 26(a)(2) disclosures, if any, with respect to:

    (a) expert witnesses on or before **June 30, 2025**.

    (b) rebuttal expert witnesses on or before **July 30, 2025**.

6. All discovery, including depositions of experts, shall be completed by: **August 29, 2025**.
   (*Generally, this date must be no later than 9 months after the Initial Conference.*)

7. Final date to take first step in dispositive motion practice, if any: **October 31, 2025**.
   *(Parties are directed to consult the District Judge's Individual Practices and Rules regarding such motion practice.)*

8. Have the parties agreed to a plan regarding electronic discovery (yes/no)? **No**.

9. Should the Court hold an early settlement conference (yes/no)? **No**.

*(Prior to the Initial Conference, counsel shall discuss with their clients and their adversaries whether an early settlement conference, or other form of alternative dispute resolution, is appropriate and be prepared to explain their reasons to the Court.)*

10. Do the parties wish to be referred to the EDNY's Court-annexed mediation program pursuant to Local Civil Rule 83.8 (yes/no)? __No__.

11. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. § 636(c) (yes/no)? __No__.
*(Answer no if any party declines to consent without indicating which party has declined.)*

If parties answer yes, then fill out the AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form. The form can be accessed at the following link: https://www.uscourts.gov/sites/default/files/ao085.pdf. Consenting does not affect a party's right to a jury trial.

12. Other matters:

This Scheduling Order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

CONSENTED TO BY:

*Attorney for Plaintiff*

Name: Robert Mantel
Address: Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 590-5439
Email: rmantel@crowell.com

*Attorney for Defendant*

Name: Daniel R. Perez
Address: New York City Law Department
100 Church Street
New York, NY 10007
Telephone: (212) 356-0877
Email: danipere@law.nyc.gov

SO ORDERED:

_____          _____
JAMES R. CHO                                         Date
United States Magistrate Judge