

|  | THE CITY OF NEW YORK | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Acting Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **DANIEL R. PEREZ**<br>Phone: (212) 356-0877<br>Fax: (212) 356-1148<br>danipere@law.nyc.gov<br>(not for service) |

September 9, 2024

**VIA ECF**
Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:  *L.B. v. City of New York et al*, 1:23-CV-08501 (RPK) (JRC)

Your Honor:

        I am the Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York assigned to represent Defendants City of New York and Jess Dannhauser in his official capacity as Commissioner of the New York City Administration of Children's Services ("ACS") Ariel Semper, Nadine Cenord, Bernadet Jean-Louis, Donna McFadden, Ana Costa, Taiesha Coleman, and Leydi Taveras in this matter. Defendants respectfully request the extension of their time to serve automatic disclosures in the above-referenced matter from today, September 9, 2024, until September 11, 2024. This is Defendants' first request for an extension of time to serve automatic disclosures and the requested two-day extension would not require any further alterations to the discovery schedule the Court set during the parties' August 5, 2024 Initial Conference. Plaintiffs consent to the requested extension.

        Defendants are seeking the requested extension to allow additional time for the internal review of Defendants' automatic disclosures in advance of service. The preparation of Defendants' automatic disclosures has been delayed slightly as a result of the undersigned's unanticipated time commitments stemming from a recent application for emergency preliminary relief in another litigation. As a result, Defendants' would appreciate the extension of their time to serve automatic disclosures by two days until September 11, 2024.

I thank the Court for its consideration of this request.

                                                                  Respectfully submitted,

                                                          /s/  Daniel R. Perez
                                                        Daniel R. Perez
                                                        Assistant Corporation Counsel